STATE v. TABRON

No. 686P01

Case below: 147 N.C. App. 303

Motion by Attorney General for temporary stay denied 2 January 2002. Petition by Attorney General for writ of supersedeas allowed 31 January 2002. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 31 January 2002.

STATE v. TINGLE

No. 454P01

Case below: 145 N.C. App. 206

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. TUCKER

No. 669P01

Case below: 146 N.C. App. 754

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. VARDIMAN

No. 619A01

Case below: 146 N.C. App. 381

Motion by Attorney General to dismiss appeal allowed 14 January 2002. Motion by defendant for reconsideration of dismissal dismissed 31 January 2002.

STATE v. WILLIAMSON

No. 624P01

Case below: 146 N.C. App. 325

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.